UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LYNNETA BAKER, )
    Plaintiff, )
     )
v. )   No. 3:09-CV-156
     )   Phillips
RENT-A-CENTER, INC., et al., )
    Defendants. )

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendants Rent-A-Center, Inc., and Rent-A-Center East, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Lynneta Baker take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiff Lynneta Baker their costs of action.

The final pretrial conference scheduled for February 22, 2011, and the trial scheduled for march 1, 2011 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of September, 2010.


                                                  s/ Patricia L. McNutt
                                                   Clerk of Court